**Dorothy E. NUNEZ, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47051.**

Missouri Court of Appeals,
Western District.

Aug. 17, 1993.

Lew A. Kollias, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and FENNER and HANNA, JJ.

ORDER

PER CURIAM.

Appeal from the dismissal of a Rule 24.-035 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).

**CAMPBELL SOUP COMPANY, Respondent,**

v.

**PALMENTERE BROTHERS DISTRIBUTING COMPANY, Appellant.**

**No. WD 46823.**

Missouri Court of Appeals,
Western District.

Aug. 17, 1993.

Kenneth W. Morgens, Kansas City, for appellant.

Dennis G. Muller, Kansas City, for respondent.

Before BERREY, P.J., and BRECKENRIDGE and HANNA, JJ.

ORDER

PER CURIAM:

Appeal from judgment on statement of account.

Affirmed. Rule 84.16(b).